FILED
Jul 17 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ SusanNyamanjiva  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2023 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 24CR1308-BAS |
|---|---|
| Plaintiff, | **I N D I C T M E N T** **(Superseding)** |
| v. | |
| ERIK GONZALEZ (1), ▉▉▉▉▉▉▉▉▉▉▉ | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; ▉▉▉▉▉▉▉▉▉▉ Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |
| Defendants. | |

The grand jury charges:

### Count 1

On or about May 7, 2024, within the Southern District of California, defendant ERIK GONZALEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//

JSCH:nlv(1):San Diego:7/17/24

[REDACTED]

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 and 2 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants ERIK GONZALEZ, [REDACTED] shall forfeit to the United States all rights, title and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violations.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: July 17, 2024.

TARA K. McGRATH
United States Attorney

By: *Jessica A. Schulberg*
JESSICA A. SCHULBERG
Assistant U.S. Attorney

I hereby attest and certify on Jul 17, 2024 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ S. Nyamanjiva
Deputy

3